**Todd MEINE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**ED 104395**

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

Filed: April 11, 2017

Amy E. Lowe, Assistant Public Defender, St. Louis, MO, for appellant.

Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for respondent.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

## ORDER

PER CURIAM.

Todd Meine appeals from a denial of his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. We affirm.

An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).